# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| PABLO ESTUARDO GARCIA, by Next Friend Ana Garcia, | § § § § | |
| Petitioner / Plaintiff, | § § | |
| v. | § | 20-CV-40-KC |
| CHAD WOLF, ACTING SECRETARY OF HOMELAND SECURITY, et al., | § § § § § § | |
| Respondents / Defendants. | § | |

## ORDER

On this day, the Court considered Petitioner's Motion to Dismiss Without Prejudice as to All Defendants, ECF No. 4. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 11th day of March, 2020.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE